UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLAVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:17-cv-590-D** |
| ) | |
| STATE OF NORTH CAROLINA, ROY COOPER, ) | |
| BARBARA GIBSON, MARK MARTIN, ) | |
| CHARLTON A. ALLEN, ZACHARY PADGET, ) | |
| RANA BADWIN, ALEXANDER WALTON, ) | |
| ERIKA FRAZIER, and MANDY COHEN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 33, 37], and DISMISSES the action without prejudice.

**This Judgment Filed and Entered on April 18, 2019, and Copies To:**

| | |
|---|---|
| Reinaldo Olavarria | (Sent to 614 Gaslight Trail Wendell, NC 27591 via US Mail) |
| I. Faison Hicks | (via CM/ECF electronic notification) |
| Brian K. Kettmer | (via CM/ECF electronic notification) |
| Jennifer M. Jones | (via CM/ECF electronic notification) |

DATE:  
April 18, 2019

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk