UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLAVARRIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> STATE OF NORTH CAROLINA, ROY COOPER, ) <br> BARBARA GIBSON, MARK MARTIN, ) <br> CHARLTON A. ALLEN, ZACHARY PADGET, ) <br> RANA BADWIN, ALEXANDER WALTON, ) <br> ERIKA FRAZIER, and MANDY COHEN, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:17-CV-590-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on April 18, 2019 the court GRANTED defendants' motions to dismiss [D.E. 33, 37], and DISMISSED the action without prejudice.

IT IS FURTHER ORDERED, AND DECREED that on August 26, 2019, the Fourth Circuit Court of Appeals vacated the district court's order and remanded the case to the district court for further proceedings consistent with the court's decision.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS IN PART defendants' motions to dismiss [D.E. 54, 58], DENIES plaintiff's motion for entry of judgment [D.E. 60], and DISMISSES the action without prejudice.

**This Judgment Filed and Entered on April 16, 2020, and Copies To:**

| | |
|---|---|
| Reinaldo Olavarria | (Sent to 614 Gaslight Trail Wendell, NC 27591 via US Mail) |
| I. Faison Hicks | (via CM/ECF electronic notification) |
| Brian K. Kettmer | (via CM/ECF electronic notification) |
| Jennifer M. Jones | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| April 16, 2020 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |